## GEORGIA SOUTHERN AND FLORIDA RAILWAY COMPANY *v.* HAWKINSVILLE AND WESTERN RAILROAD COMPANY.

EVANS, P. J. The grant or refusal of an interlocutory injunction in this case rested in the sound discretion of the court, and there was no abuse of discretion in refusing the injunction.

*Judgment affirmed. All the Justices concur.*

DECEMBER 11, 1912.

Petition for injunction. · Before Judge Martin. Pulaski superior court. May 20, 1912.

*John I. Hall* and *J. E. Hall,* for plaintiff.

*W. L. & Warren Grice* and *H. E. Coates,* for defendant. ·

---

## TOWNSEND *v.* SESSOMS *et al.,* executors.

LUMPKIN, J. 1. Exceptions to the admission of evidence, without showing what ground of objection was made thereto, furnish no question for adjudication by this court.

2. There was no abuse of discretion in refusing to grant an injunction.

*Judgment affirmed. All the Justices concur.*

DECEMBER 11, 1912.

Petition for injunction. Before Judge Parker. Ware superior court. July 6, 1912.

*S. C. Townsend,* for plaintiff.

*Wilson, Bennett & Lambdin,* for defendants.